IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Prithibee Stanley Ghose,

     , ) **NOTICE OF VOLUNTARY**
    Plaintiff(s) ) **DISMISSAL PURSUANT TO**
  v. ) **F.R.C.P. 41(a)(1)(A)(i)**
      )
LB&B Associates, Inc. ) Case No.: 22-cv-9397
and Michael Morales , )
    Defendant(s) )
      )
      )

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Prithibee Stanley Ghose and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) LB&B Associates, Inc. and Michael Morales.

Date: November 4, 2022

_[signature]_
*Signature of plaintiffs or plaintiff's counsel*

501 Fifth Avenue, 19th Floor
*Address*

New York, NY 10017
*City, State & Zip Code*

(212) 661-5306
*Telephone Number*